Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

**Southern** District of **MISSISSIPPI**

**Hattiesburg** Division

Bruce Calvin McCoy
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mike Madison Taylor - Diane Jones
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **5:23-cv-31 DCB-LGI**
*(to be filled in by the Clerk's Office)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 24 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS   42 USCA Section
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bruce Calvin McCoy
All other names by which you have been known:
ID Number:
Current Institution: 63316 South Mississippi
Address: Correctional Facility - 22692 Highway 63 West
Leakesville  MS  39451
City       State    Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mike Madison Taylor
Job or Title (if known): Trial Judge
Shield Number: N/A
Employer: State of Mississippi - Lincoln County
Address: Brookhaven  MS  39601
City  State  Zip Code
☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Diane K Jones
Job or Title (if known): Assistance District Attorney
Shield Number: N/A
Employer: State of Mississippi - Lincoln County
Address: Brookhaven  MS  39601
City  State  Zip Code
☐ Individual capacity  ☑ Official capacity

Page 2 of 11

Defendant No. 3
- Name: Gus Sermas
- Job or Title (if known): Attorney
- Shield Number: N/A
- Employer: Public Defender
- Address: 301 South 1st Street, Brookhaven, MS 39601
- [X] Individual capacity [✓] Official capacity

Defendant No. 4
- Name: Circuit Judge David Strong JR
- Job or Title (if known): Circuit Court Judge
- Shield Number: N/A
- Employer:
- Address: State of Mississippi, 301 South First ST - 39601, Brookhaven MS
- [ ] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim) Illegal Sentence

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denied a Fair Trial in violation of the 6th amendment. Denied effective assistance of counsel in violation of the 6th amendment. Cruel and unusal punisment 8th amendment violation. Due Process of the 5th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Trial Judge Should have recused himSelf. ASSiStance
> DisTricT ATTorney Should have recused herself for Conflict
> of inTerest in violation Canon 3 c(1)(a) Judicial
> conduct

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

> Bruce Galvin mccoy passed a letter to the victim
> he committed a criminal offense against, passed this to
> hen Juper vison who then screamed with a loud outburst
> Twice at mccoy telling him that he would be sentence
> This claim took place in Lincoln County Trial Court, to the maximum
> Brookhaven, ms. mr mccoy committed an alleged crime
> againT The CourT administrator of Lincoln County

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

See attached Exhibits - A(1)
AFFIDAVITS (1)(2)
Defendants

Gus Sermos, The Attorney for Bruce Calvin McCoy knew he had committed a criminal offense against Laurie Chassion The Court administrator, but said nothing. He knew that she knew the Assistance District Attorney and works in the same office with her. He also knew she would prosecute him. Gus Sermos also knew that her supervisor was the Circuit Court Judge who would sentence him. He also knew that he should have file a motion to recuse The Court administrator, Assistance District Attorney and also The Trial Judge but failed to do so which was ineffective assistance of counsel when he knew that it was a conflict of interest in violation of Canon 3 C(1)(a) Code of Judicial Conduct. Gus Sermos knew if any one who was going to Trial had allegedly committed a criminal offense against The Court administrator who works with the Assistance District Attorney and for The Trial Judge who would sentence them would certainly have doubts about his or her impartiality.

Circuit Court Judge Mike Smith who sentenced Bruce Calvin McCoy is deceased should have recused himself created a conflict of interest by presiding over his case violation his Fundamental Constitutional right of due process and a Fair Trial violating his 6th amendment right to a Fair Trial

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Jan- 7Th, 2005 - Illegal Sentence

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I committed a criminal offense against The court administrator who works for The Trail Judge who sentence me To The maxium of (25) years. Defense Attorney knew This Fact and Failed To Filed neccesary motion.

V. Injuries

Bruce Calvin mccoy was prosecuted by The assistance District Attorney who works with and in The Same office with The alleged Victim creating a conflict of interest for her self in violation of Canon 3 c(1)(a) Judical conduct

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NA

VI. Relief

Release me From This illegal sentence and pay me (100) million Dollars $100,000,000.00 punitive damages

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Bruce Calvin mccoy received an illegal sentence which was cruel and unusal punishment a 8Th admendment violation. Bruce Calvin mccoy is seeking "100 million" Dollars "100,000,000.00" Trial Judge mike smith Should Not have presided over case, when he knew if any one knew all The circumstances surrounding This case would harbor doubts about his impartiality. Assistance District Attorney knew her impartiality would be questioned knowing The circumstances

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  Lincoln County Jail - did not committ crime but pled guilty due to erroness advice of Attorney

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). I was housed in The Lincoln County Jail on The charge of burglary and grand larceny and petit larceny - Illegal arrest for an alleged crimes I did not committ.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No — denied due process

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No  denied due process

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

The county jail did not have a grievance committee.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I informed the Mississippi Supreme Court who held that it was a conflict of interest for the trial judges to sentence me and and to preside over any of my petitions therefore giving me an illegal sentence, which is unconstitutional. These officials are now deceased. Its been (20) years

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I did not file a grievance because there was No grievance "committee" and this was a criminal matter which envolves a felony in the circuit court.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) I have exhibits from the supreme court granting recusal from request of all circuit court judges in the 14th Judicial District signed by Chief Justice William L. Waller Jr

No Committee

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____N/A_____

    Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____N/A_____

3. Docket or index number

    _____N/A_____

4. Name of Judge assigned to your case

    _____N/A_____

5. Approximate date of filing lawsuit

    _____N/A_____

6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Bruce Calvin McCoy*
Printed Name of Plaintiff: Bruce Calvin McCoy
Prison Identification #: 63316
Prison Address: P.O. Box 1419
Leakesville, MS 39451
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: 
Bar Number: N/A
Name of Law Firm: 
Address: 
City / State / Zip Code
Telephone Number: N/A
E-mail Address:

CERTIFICATE OF SERVICE

I, Bruce Calvin McCoy did mail a true and original copy of a 1983 petition to the U.S District Court on this 6th day of April, 2023 by U.S First class Prepaid mail.

Bruce Calvin McCoy
Plaintiff #463316

Mailed To: District Court Clerk
245 Ste 316
Jackson, MS 39201

Mailed To: Attorney General
P.O. Box 220
Jackson, MS 39201

State of Mississippi
County of Greene

Sworn Before me, this ____ day of ____

_____
Notary Public